# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TYRONE THOMPSON,**

    **Petitioner,**               **CASE NO. 2:10-CV-223**
                                        **JUDGE SMITH**
**v.**                                       **MAGISTRATE JUDGE ABEL**

**WARDEN, ROSS CORRECTIONAL**
**INSTITUTION,**

    **Respondent.**

## OPINION AND ORDER

On June 13, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                          /s/ George C. Smith
                                                          GEORGE C. SMITH
                                                          United States District Judge